**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        James Dennis Perkins

Appellate case number:      01-13-00961-CV

Trial court case number:    12-DCV-201531

Trial court:                268th District Court of Brazoria County

On December 11, 2013, appellant, James Dennis Perkins, filed an affidavit of indigence in this Court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). On December 13, 2013, the Clerk of this Court sent a copy of the affidavit to the trial court clerk. *See* TEX. R. APP. P. 20.1(c)(1), (d)(2). The district clerk has filed a clerk's record on indigence, reflecting that no contest to the affidavit of indigence was filed. *See* TEX. R. APP. P. 20.1(e). Therefore, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

In accordance with the notice issued on December 18, 2013 by the Clerk of the Court, Appellant's brief is **ORDERED** filed with this Court by **Friday, January 17, 2014**.[1] *See* TEX. R. APP. P. 38.6(a).

Judge's signature: /s/ <u>Justice Evelyn V. Keyes</u>
                    ☒ Acting individually    ☐ Acting for the Court

Date: January 16, 2014

---

[1]     The clerk's record was filed on December 18, 2013. There is no reporter's record in this case.